

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00015-CR

SADIQ ADELEKE                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                 STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 0542993D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Sadiq Adeleke attempts to appeal from a denial of his "Post Conviction Motion for DNA," which he filed in the trial court on September 3, 2014.

On January 27, 2015, we sent Adeleke a letter stating our concern that we lacked jurisdiction over the appeal because it appeared that his notice of appeal

---

[1]*See* Tex. R. App. P. 47.4.

was not timely filed and informing him that we had not yet received a certification of his right to appeal. Several days later, we received the trial court's certification concerning Adeleke's right to appeal, which states that no action was taken on his pro se motion for DNA testing. We thereafter sent Adeleke a letter stating our concern that we lacked jurisdiction over the appeal because the trial court had not entered any appealable orders. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We allowed the parties until March 2, 2015, to furnish this court a signed copy of the order that Adeleke seeks to appeal and stated that if no order was signed and furnished to this court by that date, the appeal would be dismissed for want of jurisdiction.

No signed order has been filed with this court. We therefore dismiss the appeal for want of jurisdiction. *See Qadir v. State*, No. 02-12-00558-CR, 2013 WL 1337944, at *1 (Tex. App.—Fort Worth Apr. 4, 2013, no pet.) (mem. op., not designated for publication) (dismissing appeal from DNA proceeding when the trial court had taken no action and there was no written order ruling on the motion).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 19, 2015

2